IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSCENIC, INC.<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION,<br>NOKIA USA INC. AND<br>HERE NORTH AMERICA LLC<br>EARTHMINE, INC. | Case No.: 1:15-cv-006434<br><br>**The Honorable John J. Tharp, Jr.** |

**DEFENDANT HERE NORTH AMERICA LLC'S MOTION TO FILE EXHIBITS TO ITS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES UNDER SEAL**

Defendant Here North America LLC seeks to file certain exhibits to its Response to Plaintiff Transcenic's Motion to Compel Responses to Interrogatories under seal pursuant to Local Rule 5.8, Local Rule 26.2, Local Patent Rule Appendix B ¶ 7, and the parties' Protective Order (Docket No. 39 ¶ 15). These exhibits contain documents marked as "Attorney Eyes Only" as they relate to non-public commercially sensitive information that should not be included in the public domain. Specifically, these documents contain, among other things, highly confidential internal revenue reports, strategy materials and hardware specifications. Here North America LLC has simultaneously filed public, redacted versions of the same exhibits, as required by Local Rule 26.2 and Local Patent Rule Appendix B ¶ 7(a).

WHEREFORE, Defendant Here North America LLC hereby moves this Court for leave to file under seal certain exhibits to its Response to Plaintiff Transcenic's Motion to Compel Responses to Interrogatories.

20963701.1

Dated:  February 26, 2016

Respectfully submitted,

*/s/ Deborah J. Swedlow*

David E. Koropp (State Bar No. 6201442)
Nicholas A. Gowen (State Bar No. 6280123)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
1 South Wacker Dr., 28th Floor
Chicago, IL 606060
Tel: (312) 701-9300
Fax: (312) 701-9335
dkoropp@honigman.com
ngowen@honigman.com

Deborah J. Swedlow (N.D. Ill. Bar No. P67844)
Sarah E. Waidelich (N.D. Ill. Bar No. 5196142)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4200
Fax: (734) 418-4201
bswedlow@honigman.com
swaidelich@honigman.com

*Counsel for Defendant HERE North America LLC*

20963701.1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2016, I served the foregoing **Defendant Here North America LLC's Motion To File Exhibits To Its Response To Plaintiff's Motion To Compel Responses To Interrogatories Under Seal** on all counsel of record by filing the document on the Court's electronic filing system. Parties may access this filing through the Court's system.


    */s/ Deborah J. Swedlow*

    Deborah J. Swedlow
    *Counsel for Defendant HERE North America LLC*