IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANSCENIC, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>NOKIA CORPORATION,<br>NOKIA USA INC.,<br>HERE NORTH AMERICA LLC,<br>EARTHMINE INC.<br><br>    Defendants. | Case No.: 1:15-cv-006434<br><br>The Honorable John J. Tharp, Jr. |

**DEFENDANT NOKIA CORPORATION AND DEFENDANT NOKIA USA INC.'S MOTION TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT, STATEMENT OF MATERIAL FACTS, AND <u>CERTAIN EXHIBITS THERETO UNDER SEAL</u>**

Defendant Nokia Corporation and Defendant Nokia USA Inc. seek to file the Memorandum of Law in Support of their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for Summary Judgment, the associated Statement of Material Facts, and certain exhibits thereto, under seal pursuant to Local Rule 5.8, Local Rule 26.2, Local Patent Rule Appendix B ¶ 7, and the parties' Protective Order (Docket No. 39 ¶ 15). These exhibits contain documents marked as "Attorney Eyes Only" as they relate to non-public commercially sensitive information that should not be included in the public domain. Specifically, these documents contain highly confidential technical information and a highly confidential purchase agreement. Nokia Corporation and Nokia USA Inc. have simultaneously filed public, redacted

1

versions of the same exhibits, as required by Local Rule 26.2 and Local Patent Rule Appendix B ¶ 7(a).

WHEREFORE, Defendant Nokia Corporation and Defendant Nokia USA Inc. hereby move this Court for leave to file under seal their Memorandum of Law in Support of their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for Summary Judgment, the associated Statement of Material Facts, and certain exhibits thereto.

Dated:  February 29, 2016                                   Respectfully submitted,

*/s/ Allison H. Altersohn*

Robert F. Perry (pro hac vice)
Allison H. Altersohn (pro hac vice)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222
rperry@kslaw.com
aaltersohn@kslaw.com

David E. Koropp (State Bar No. 6201442)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
1 South Wacker Dr., 28th Floor
Chicago, IL 60606
Tel: 312.701.9300
Fax: 312.701.9335
dkoropp@honigman.com


Attorneys For Defendants
Nokia Corporation and Nokia USA Inc.

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this the 29th day of February, 2016.

              */s/ Allison H. Altersohn*
              Allison H. Altersohn