**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRANSCENIC, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOKIA CORPORATION,<br>NOKIA USA INC.,<br>HERE NORTH AMERICA LLC,<br>EARTHMINE INC.<br><br>　　　　Defendants. | Case No.: 1:15-cv-006434<br><br>The Honorable John J. Tharp, Jr. |

**DEFENDANT NOKIA CORPORATION AND DEFENDANT
NOKIA USA INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Nokia Corporation and Defendant Nokia USA Inc. seek to file their Reply

Brief in Support of Defendant Nokia Corporation and Defendant Nokia USA Inc.'s Motion to

Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for Summary

Judgment, their Objections and Reply to Plaintiff Transcenic, Inc.'s Response to Defendants'

Statement of Facts, and their Response to Plaintiff Transcenic, Inc.'s Local Rule 56.1 Statement

of Additional Material Facts under seal pursuant to Local Rule 5.8, Local Rule 26.2, Local

Patent Rule Appendix B ¶ 7, and the parties' Protective Order (Docket No. 39 ¶ 15). These

documents contain information that has been designated by HERE North America LLC, Nokia

Corporation, or Nokia USA Inc. as "Attorney Eyes Only" as they relate to non-public

commercially sensitive information that should not be included in the public domain.

Specifically, these documents contain, among other things, references to highly confidential

technical information and a highly confidential purchase agreement.  Nokia Corporation and

Nokia USA Inc. have simultaneously filed public, redacted versions of the same documents, as required by Local Rule 26.2 and Local Patent Rule Appendix B ¶ 7(a).

WHEREFORE, Defendant Nokia Corporation and Defendant Nokia USA Inc. hereby move this Court for leave to file under seal their Reply Brief in Support of Defendant Nokia Corporation and Defendant Nokia USA Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for Summary Judgment, their Objections and Reply to Plaintiff Transcenic, Inc.'s Response to Defendants' Statement of Facts, and their Response to Plaintiff Transcenic, Inc.'s Local Rule 56.1 Statement of Additional Material Facts.

Dated:  March 22, 2016                     Respectfully submitted,

                                           */s/ Allison H. Altersohn*

                                           Robert F. Perry (pro hac vice)
                                           Allison H. Altersohn (pro hac vice)
                                           KING & SPALDING LLP
                                           1185 Avenue of the Americas
                                           New York, NY 10036
                                           Tel: 212.556.2100
                                           Fax: 212.556.2222
                                           rperry@kslaw.com
                                           aaltersohn@kslaw.com

                                           David E. Koropp (State Bar No. 6201442)
                                           HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                           1 South Wacker Dr., 28th Floor
                                           Chicago, IL 60606
                                           Tel: 312.701.9300
                                           Fax: 312.701.9335
                                           dkoropp@honigman.com

                                           *ATTORNEYS FOR DEFENDANTS*
                                           *Nokia Corporation and Nokia USA Inc.*

DMSLIBRARY01\28573767.v1

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this the 22nd day of March, 2016.


                                   */s/ Allison H. Altersohn*
                                   Allison H. Altersohn

DMSLIBRARY01\28573767.v1